K. TOM KOHAN (State Bar No. 225420)
tom@kohanlawfirm.com
KOHAN LAW FIRM
445 South Figueroa Street, 27th Floor
Los Angeles, California 90071
Telephone: (310) 349-1111
Facsimile: (213) 612-7715

Attorneys for Plaintiff DARWIN D. HUANG

JULIE ARIAS YOUNG (State Bar No. 168664)
jyoung@yzblaw.com
LESTER F. APONTE (State Bar No. 143692)
laponte@yzblaw.com
PATRICIA M. BERRY (State Bar No. 151121)
pberry@yzblaw.com
YOUNG, ZINN & BATE LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California 90017
Telephone: (213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA and
USC ROSSIER SCHOOL OF EDUCATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN D. HUANG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA; USC ROSSIER SCHOOL OF EDUCATION; MARGO PENSAVALLE, an individual; GARY SCOTT, an individual; KAREN SYMMS GALLAGHER, an individual; JOB SPRINGER, an individual; KAREY DUARTE, an individual; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. CV13-03921 ABC (JCGx)<br>[Assigned for all purposes to: Honorable Audrey B. Collins]<br><br>**[PROPOSED]** **ORDER REGARDING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: May 31, 2013 |

1  Upon consideration of the Parties' Stipulated Protective Order dated March
2  20, 2014 ("Protective Order"), and finding good cause thereon, IT IS HEREBY
3  ORDERED that the terms of the Protective Order shall govern the handling and
4  disclosure of documents, things, and information produced in this action.

7  DATED: March 24, 2014

_____
The Honorable Jay C. Gandhi
United States Magistrate Judge

**YOUNG, ZINN & BATE LLP**
888 SOUTH FIGUEROA STREET, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017

(Case No. CV13-03921 ABC (JCGx))
[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER